UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CLIFTON,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>D. DAVIS, et al.,<br><br>　　　　　Defendants.<br>_____ | Case No. CV 13-9189-DOC (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///
///

1       IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss is (1) DENIED as to Plaintiff's Eighth Amendment Claim with respect to Defendant Busby; (2) GRANTED as to Plaintiff's Eighth Amendment Claim with respect to Defendant Reynoso without leave to amend; (3) DENIED as to Plaintiff's First Amendment Claim with respect to Defendants Davis, Busby, and Reynoso; and (4) DENIED on qualified immunity grounds.

DATED: September 25, 2015    */s/ David O. Carter*
                                       HONORABLE DAVID O. CARTER
                                       UNITED STATES DISTRICT JUDGE